UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:96mj69 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **COMPLAINT** |
| MICHAEL WILFONG | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint (as it pertains to MICHAEL WILFONG only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: March 6, 2006

David C. Keesler
United States Magistrate Judge